UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 05-20179-CR-GOLD

        Plaintiff,

VS.

CASSANDRA BROWN,

        Defendant.

_____/

## ORDER SETTING FINAL PROBATION VIOLATION HEARING

      This matter is before the Court *sua sponte*.  It is hereby

      **ORDERED AND ADJUDGED** that the above named defendant shall appear before the undersigned for a final probation violation hearing **Wednesday, September 24, 2008 at 4:30 p.m.**, at the United States District Courthouse, located at 301 North Miami Avenue, Courtroom 10 - 10th floor, Miami, Florida.

      The Court has set aside **thirty (30) minutes** for the probation hearing.  Not later than seven (7) days prior to the hearing, counsel shall notify the Court in writing if any witnesses are to be called in support or objection to the alleged violations, and, if so, counsel shall specify the anticipated time required for such purpose.  If necessary, the Court may re-set the hearing or continue it at the conclusion of the time allotted.

      **DONE AND ORDERED** at Miami, Florida, this _____8th_____ day of August, 2008

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Susan Osborne
       AFPD Paul M. Korchin
       Kurt J. Alexander, U.S.  Probation Officer